United States District Court
District of connecticut

Jeffrey Schlosser 269683 civil No
V
officer Borkowski 9-11-20
Lieutenant Dousis
Lieutenant mcneill
Warden Kenneth Butricks
Deputy warden Jennifer peterson
Deputy warden Nunez
Deputy commissioner Angel Quiros
Deputy commissioner cheryl cepelak
Captain Domitriz
officer Doe
officer Doe
Ned Lamont Governor
Susan Bysewiecz Lt Governor
officer Doe
~~officer Doe~~
officer Colon
officer Dejesus
officer mcmahon
officer Gary Iacone
officer muscaro
officer Cheney
officer Dicarlo
Captain Correa
District II Administrator Rodriguez

SCANNED at Cheshire CT
and Emailed
9/14/20 by [initials] . 46 pages
date initials No. total

STATE of Connecticut
State of connecticut Department of corrections

All Individuals Sued in Their Individual and official capacities.

# I. Jurisdiction



1) This is a civil Action authorized by 42USC 1983, 18USC241, 242, 245, white collar crimes, 18USC1001, 1341, 1791, 42USC10841, 45CFR Part84 etseq, 42USC 12101etseq, 15USC4, 15USC77t(B), 28CFR Part35 etseq Intentional Infliction of emotional Distress, mental and emotional InJury, To redress the Depriv-Ations under color of law of the rights secured by Federal and State laws and the United States constitution. This court has Jurisdiction under 28USC1331, 1334(A)(3) and 1367. Schlosser Seeks Declatory Relief pursuant to 28USC2201, 2202. Schlosser's claims For InJunctive Relief are Authorized by 15USC4, 15USC77t(B), 28CFR Part35 etseq, Rule 64, 65 of the Federal Rules of civil procedure and 28USC2283, 2284

## II Plaintiff



2) Plaintiff Jeffrey Schlosser # 269683 has been since Always ~~[illegible]~~ As of october 31 2018 A prisoner of the State of connecticut Department of correction. He is now confined at cheshire CI 900 Highland Ave cheshire ct 06410

3 III Defendants

3) Defendant Borkowski is an officer at cheshire CI 900 Highland Ave cheshire ct At all times mentioned is responsible and liable for the Health, welfare, safety of the inmates Security of the facility, adHering to the Directives at all times and not violating any Federal or State laws

A) Defendant Dousis is a Lieutenant at cheshire CI 900 Highland ave cheshire ct. At all times is Responsible and liable for the Health, welfare, safety of the inmates, Security of the facility, ADHering to the Directives at all times and not violating any State or Federal laws.

B) Defendant mcniell is a Lieutenant at cheshire CI 900 Highland Ave cheshire ct At all times is Responsible and liable for the Health, welfare, safety of the inmates, Security of the facility

and not violating any state or Federal lAws, Including adHering to the Directives at all times.

C) Defendant Kenneth Butricks is a warden at Cheshire CI 900 Highland Ave Cheshire ct. At all times is Responsible and liable for the Health, welfare, Safety of the inmates, Security of the facility, ADHering to the Directives at all times and Not violAting Any Federal or State lAws

D) Defendant Jennifer peterson is a Deputy warden at Cheshire CI 900 HighlAnd Ave Cheshire ct. At all times mentioned is responsible and liable for the Health, welfare, safety of the inmates, Security of the facility, ADHering to the Directives at all times and not violating Any Federal or State lAws.

E) Defendant Nunez is a Deputy warden at Cheshire CI 900 HighlAnd Ave Cheshire ct. At all times is Responsible and liable for the Health, welfare, Safety of the inmates, Security of the inmates, ADHering to the Directives at all times and not violating Any State or Federal lAws.

F) Defendant Angel Quiros is a Deputy commissioner for The state of connecticut Department of correction at 24 wolcott Hill RD wethersfield ct At All times is Responsible and liable for the Health, welfare, safety of the inmates At all facilities, security at all facilities, ADHering to the Directives at all times and not violating any state or federal laws.

G) Defendant Cheryl Cepelak is a Deputy commissioner for the State of connecticut Department of corrections At 24 wolcott Hill RD wethersfield ct. At All times is Responsible and liable for the Health, welfare, safety of the inmates in all facilities, security of all facilities, ADHering to the Directives at all times and not violating Any state or Federal laws

H) Defendant Domitriz is a captain at cheshire CI 900 Highland Ave cheshire ct. At all times is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility ADHering to the Directives at all times and not violating Any state or federal laws.

I) Defendant Doe is an officer at Cheshire CI 900 Highland Ave cheshire ct. At all times is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility,

aDHering to the Directives at all times and not violating Any State or Federal laws.

J) Defendant Doe is an officer at cheshire CI 900 Highland Ave Cheshire ct At all times is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility, ADHering to the Directives at all times and not violating Any State or Federal laws.

K) Defendant Ned Lamont is the Governor of the State of connecticut at the capitol Building in Hartford ct, At all times is Responsible and liable for the Health, welfare, safety of the public, The Health, welfare, safety of the inmates, Security of The ct Doc facilities and Not violating any State or Federal laws.

L) Defendant Susan Bysiewicz is the Lieutenant Governor of the State of connecticut at the capitol Building in Hartford ct. At all times is Responsible and liable for the Health, welfare, safety of the public, The Health, welfare, safety of the inmates Security of the ct Doc's facilities and not violating Any State or Federal laws.

m) ~~off~~ Defendant Doe is an officer at Cheshire CI 900 Highland Ave Cheshire Ct. At all times is Responsible and liable for the Health, Welfare, Safety of the inmates, Security of the facility, adhering to the Directives at all times and not violating any State or Federal Laws

N) Defendant colon is an officer at Cheshire CI 900 Highland Ave Cheshire ct. At all times is Responsible and liable for the Health, Welfare, Safety of the inmates, Security of the Facility and not violating Any State or Federal Laws this includes Adhering to the Directives at all times.

O) Defendant DeJesus is an officer at Cheshire CI 900 Highland Ave Cheshire ct. At All times is responsible and liable for the Health, Welfare, Safety of the inmates, Security of the facility, adhering to the Directives at all times and not violating Any State or Federal Laws.

P) Defendant mcmahon is an officer at 900 Highland Ave Cheshire ct Cheshire CI. At all times is responsible and liable for FOIA, the Health, welfare, Safety of the inmates, Security of the facility, Adhering to the Directives at all times and Not violating Any State or Federal laws.

Q) Defendant Gary IAcone is a Kitchen Supervisor officer at Cheshire CI 900 Highland Ave Cheshire Ct At all times is Responsible and liable for the Health Welfare, Safety of the inmates, Security of the facility ADHering to the Directives at all times and not violating Any State or Federal laws.

R) Defendant Muscaro is an officer at Cheshire CI 900 Highland Ave Cheshire ct. At all times is Responsible and liable for the Health, welfare, Safety of the inmates, Security of the facility, ADHering

S) Defendant Cheney is an officer at Cheshire CI 900 Highland Ave Cheshire ct At all times is Responsible and liable for the Health, Welfare and safety of the inmates, Security of the facility ADHering to the Directives at all times and not violating any State or federal Laws.

T) Defendant Correa is a captain at Cheshire CI 900 Highland Ave Cheshire Ct At All times is Responsible and liable for the Health, welfare, Safety of the inmates, Security of the facility, ADHering to the Directives at All times and not violating Any State or federal laws,

U) Defendant Dicarlo is an officer at cheshire CI 900 Highland Ave cheshire ct At all times is Responsible and liable for the Health, Welfare, safety of the inmates security of the facility adhering to the Directives at all times and not violating any state or federal LAWS.

## IV. Exhaustion of Remedies 13

4) This Pro-se Litigant wrote the mail Room and Captain Domitriz about my loss of mail problem Domitriz Returned my informals with No Answer. I Dated them on the Date Returned

A) This Pro-se Litigant wrote The warden and Deputy wardens Regarding The loss of Juice and coffee in the morning that is part of the inmate Diet plan and is sent from the Kitchen and the fact that regular officers are violating 18USC 1001 when they say we are on full Lock Down to Avoid Serving these Beverages. I recieved No Answer

B) This pro-se Litigant wrote captain Domitriz and Captain correa about Alleged Lock Down and Loss of Beverages However I recieved No Answer

C) This pro-se Litigant wrote the mail Room and recieved A response twice However Neglectfully misplaced the 2 informals so I wrote again and the informal was returned with No Answer, I also wrote The informal in Blue pen they returned it photocopied in Black. So They Kept the original.

D) This Pro-se Litigant wrote Defendant Gary IAcone However recieved No responce.

E) This Pro-se Litigant wrote officer mcmahon to preserve camera footage in the South Block Hallway in Reference to Beverages However Recieved No Response.

F) This Plaintiff The night of 9-11-20 was Going to start the process of Grieving officer DeJesus However on this Night officer Pitts Told this Plaintiff there are No Grievences and No Request Forms.

G) This Plaintiff again was Going to write cpT Domitriz about the mistake He made However there are No requests or Grievences to Start the Actual Grievence itself After the informal This night of 9-11-20

# V. Facts



5) This Plaintiff made unit manager counselor Supervisor molina aware of the Beverage issue Both times. molina said she will see what she can Do. She is only a counselor supervisor and Has No Authority over Regular officers as she is treatment. Unit managers should always be captains or Lieutenants So they can have Authority over what actions these officers engage in as well as conduct and Discipline.

6) I have Never ever Heard of a counselor Supervisor being placed in charge of running a cell Block that most Definetly requires The presence of a captain or Lieutenant to keep the peace with the officers and the inmates.

7) my cellmate while I was in the cell Discussed the events with molina through the cell Door in Regards to the lockDown and Beverage problem, molina stated that South Block #5 is not the only Block that officers feel they Have the authority to claim LockDown and not Give the Beverages. (Juice and coffee) That is part of The Daily Diet per the inmate menu. This conversation took place on 9-11-20

8) on 9-5-20 Defendant colon and Defendant muscaro with Deliberate Indifference Decided on this morning that All of the inmates in South Block 5 including myself Did not Get Juice or a piece of fruit or coffee that is part of the inmate Diet. They Specifically lied to me and my cell mate and Told us it was not Delivered by the Kitchen and we were on Lock Down. However This was Not the case

9) on 9-5-20 Defendant colon seemed like she was Hung over and Tired she was so far reclined in her chair she could not be seen over the Desk During medication Pass she was reclined eyes closed inattentive

10) After my cellmate and I put up a stink about The Beverages Defendant muscaro gave us a Dirty look through the cell window and colon on a tour told us Keep on asking about the Beverages and we will be sent to penal Seg on whatever Ticket she Decides. Defendant colon Had Done This the previous weekend Also

11) Defendant colon feels it is more important to her to sexually fratenize with other male officers Giggling like a school Girl Just about sitting in their laps with her face and mouth inches from

Their face then to be Professional and not get a Big Head and violate inmates rights.

12) During the Day on 9-5-20 Lt Johnson was made aware of the issue and said He would look into it.

13) on 9-6-20 This plaintiff again made Lt Johnson aware. officer colon could Here me telling Johnson. Johnson Took colon outside to speak to her about this upon breakfast The lights now get turned on and we were able to get access to the beverages again with No issues. During med pass prior to Breakfast colon and some other officer Burned holes in me with their Stares. Colon Does not Belong having a Job like this As she becomes Authoritarian in mindset. and most Definetly feels this is a meat market as 80% of staff Are men.

14) Defendant DeJesus was seen using her personal wireless communication Device in South Block #5 on 8-12-20 on 2nd shift. This Act is a crime and violates the cellphone contraband Act of 2010 18USC 1791. DeJesus Did This Intentionally, Knowingly, Recklessly with a clear culpable state of mind

15) Defendant colon and muscaro committed these Acts Intentionally, Knowingly, Recklessly with a clear Culpable state of mind. These Acts violated 18USC 241, 242, 245, 1001, 1341 as a start for their illegal actions.

16) Defendant DeJesus on 8-12-20 with the other officer working with her violated 18USC 1791, 241, 242, 245, 1341 any Any other crime listed in Jurisdiction including civil violations

17) Defendant DeJesus on 9-11-20 Am Breakfast Decided like colon that we inmates are not entitled to Juice or fruit or coffee, in fact she, Just like colon Decided we are on full lockDown. The Juice and coffee were placed on the Table for Display almost like HA HA you cant have Any. Then at the end of Breakfast Had the tierman take them Away.

18) On The DAYS of morning lockDown Blocks are on whats called feed Back and Tiermen Hand Deliver trays and Beverages or fruit However under The instruction of the officers Juice and coffee or fruit were not Given.

19) This Plaintiff Has tried multiple Times to Try and get some information from officer mcmahon However she stalls or Just completely says she Never recieved the request This woman Does this to keep inmates from proper Justice. This is infact obstruction of Justice. I have had to write the FOIA for sanctions on mcmahon way toomany times and if she knows she might be penalized financially she provides the Documents ASAP with a form to sign releasing her from penalties upon providing info.

20) This plaintiff wrote The warden and Deputy wardens Captain Domitriz, Captain Correa the Kitchen supervisor Gary Iacone about colon However No Response Has been Given.

21) Defendant Quiros and cepelak, Lamont and Bysewiecz are Responsible and liable for the conduct and Discipline of The employees at Cheshire CF

22) Pursuant to ADministrative Directives 9.5 penal Discipline page 9 section C penalties;

A) Loss of social correspondence privelages (incoming and outgoing correspondence) up to 60 consecutive calender Days and when an inmate has been found Guilty of any formal Discipline for the third time in any six month period Arising from separate

Incidents, the sanctions and penalties for the instant offence may be taken from these authorized for the next higher class of offense with the exception of RREC and if the instant offense is a class A offense then up to 4 penalties authorized in section 13 of 9.5 may be imposed and up to 120 Days loss of RREC.

23) This Plaintiff Had [illegible] Discussed The loss of mail originally with Lt Czerechma. He Told Schlosser that Books even of a legal nature Are not social correspondence or even correspondence at that. He said write CPT Domitriz.

24) Schlosser wrote Domitriz and the mail Room. on 9-4-20 Schlosser recieved the requests back nothing written on them. Schlosser previously Had written the mail Room twice However misplaced the 2 previous informals So he wrote a third the Answer from the mail Room both times for 2 books, The Federal Rules of civil procedure and Pro-Se legal Research and writing as he likes learning the Federal law and is educating himself. The mail Room stated No books your on Loss of mail.

25) Today 9-11-20 Unit manager molina stated she has worked in the mail Room before, Books Definetly are not social correspondence. She made copies of my Disciplinary tickets and said she would work on it on monday

26) Schlosser again saw Lt Czerechma and explained his Dilemma and Czerechma said that Domitriz said that schlosser already had 4 tickets so that makes it ok for him being on loss of mail for 120 days and that there was a Rule that stipulated this. As I Did not Know what he was talking about and asked where it was in the Directive he said he would have to find out. Czerechma also stated that Domitriz stated that all mail including books, magazines, Newspapers are social correspondence and is just that mail which can be taken away.

27) This is The actual way Schlosser recieved his Tickets That Borkowski, Dousis, mcniell Sentenced Schlosser to his Sanctions:

A) On 5-20-20 Schlosser was Removed from South Block #1 on 5-11-20 for alleged "threats" Hearing Date 5/20/20. When packing Schlosser's property up they found contraband both of These Disciplinary Reports are from the same

incident Giving Schlosser the Sanctions of Seg 15 Days, Loss of Recreation 20 Days, Loss of mail 60 Days, Seg 10 Days, Loss of phone 90 Days, Loss of commissary 90 Days

B) On 6/30/2020 Schlosser was Removed from North Block 3 For contraband. The Hearing Date was 7/8/20. Sanctions were Seg 15 Days, Loss of Recreation 30 days and Loss of mail 60 Days

c) on 7/8/20 in penal seg recieved a ticket for refusing Housing that was Inter changed to Flagrant Disobedience, Hearing Date 7/22/20 Sanctions were 15 Days Seg, 30 days Loss of Recreation and 60 days loss of mail.

28) So because The first 2 Disciplinary Tickets were from the same Incident Schlosser Never should Have recieved Loss of mail in the 3rd ticket 2nd incident Keeping him from recieving Social correspondence

29) Also on the 3rd Ticket 2nd incident on 6-30-20 officer Dicarlo and Cheney Searched Schlosser's cell wearing Smartwatches and possessing cell phones Intentionally, Knowingly, Recklessly with a clear culpable state of mind violating 18USC 1791 Where Schlosser was only violating a

Department of correction Rule. These 2 officers were committing a crime.

30) If Schlosser never recieved the ~~[illegible]~~ ticket because these officers committed a crime he would have never recieved the ~~second~~ ticket while in penal Segregation.

31) Schlosser made Borkowski aware of this However Borkowski stated "I Don't care its not my problem its yours All I care about is you getting the ticket."

32) The warden and Deputy wardens were made aware of these illegal acts However Never Responded.

33) Captain Domitriz and captain Correa are Responsible and liable for these criminal acts as well, as they are shift commanders.

34) The law library is closed because of covid 19, by these officers not allowing me to obtain these Books ordered for legal purposes violates my right of proper access to the courts. Books I order are in addition to Any help recieved from Inmate Legal assistance as they are Legal in Nature especially the Federal Rules.

35) Ive tried writing officer Rivera because he Gave me copies of connecticut Statues sometime in may I believe and recieved No Response. Coming out of medical I Just Happened to Run into Rivera who ran the law library. After inquiring He informed me they closed the library for covid 19 in July once they recieved 7 New counselors. He informed me that counselors are Suppose to be Getting the legal information to assist inmates along with (ILAP) Inmate Legal Assistance Program.

36) This is not Happening as I have requested Federal laws to Help with my Appeal in the 2nd Circuit court of appeals. I need all the help and access to legal information I can get so I may State and Defend a Non-Frivolous legal claim.

37) Exhibits Attached to this complaint.

38) Lamont and Bysewiecz are poorly Supervising the Ct DoC and in Doing so These officers are being allowed to Run amuck and committ crimes with No proper Discipline being Handed out to either Senior staff or lower staff

39) Lamont and Bysewiecz Are Also violating the rights of citizens by not adhering to the 14th Amendment No State shall make or enforce Any law or Rule that Abridges the Rights of the people of the United States of America. I have the right to Attack my sentence.

40) only some courts are open and only for arraingments while others are fully open this violates my right to aggressively Attack my sentence while I'm incarcerated at Cheshire. I Filed the initial fee waivers for the Appellate court months Ago, on the paperwork it says to the clerk 20 Days to a hearing. I wrote the clerk and they wrote me back from Hartford court and said Documents are filed waiting on Decision. This is not what the paperwork says, Also How long Have you Been waiting?

41) I also filed a motion to correct illegal sentence over a month ago, No Answer, No Date Nothing I wrote them also and No Response

42) They Have Video Access Available there is No need for this to be Going on I will happily file my own appeal, No Attorney Needed. I Just Need the fee's waived. They wont even

Do That, I even wrote the Chief court administrator, Another No Answer.

43) I wrote the Appellate court clerk and again No Response. My right of Access to the courts is Also being violated Here as well by Ned Lamont and His State of emergency and Susan Bysewiecz. From what I see All They care about is Keeping people mad, Soaking up as much tv slots as they can and trying to be celeberties.

44) This is a pandemic not a state of emergency. The wildfires in California is an emergency not covid 19 with its extremely low numbers in Ct.

45) I wrote an appeal to my District II administrator Regarding the illegal Sanctions and smartwatches Cheney and Dicarlo were Wearing However Rodriguez HAS 15 DAYS to Respond. Even if it is Buisness DAYS it is now over the Time limit AS today is 9-12-20 and The District II ADministrator is Located here at Cheshire. This WAS a Disciplinary report Appeal.

46) Also If Cheshire and its staff continue to claim Lock Down every other morning then maybe they should install traps in every Door and add A few more carts and give every one there proper Diet in the morning the way McDougAl Does.

47) we also Do not get the proper amount of recreation Time. Its suppose to be 8Am to 10:30 Am, 1pm to 3pm and 1.5 hours and 1.5 hours these times Alternate every other DAy as there is a top and Bottom tier This Happens at McDougAl but Doesnt Happen at Cheshire Also McDougAl they Go out twice per DAy Not at Cheshire and North Block at Cheshire Goes outside every DAy but South Block Doesnt 1 to 2 times if we Are lucky.

48) I am extremely over weight on my medical visit I WAs weighed and I am 175 pounds. This is very Heavy for someone who is approximately 5'1" I AlwAys HAve lower bAck pAins and I now HAve a belly like Homer Simpson that I Never HAd before.

49) Population Recreation in the Cell Blocks is only 2 hours per DAy.

59) officer Cheney and Dicarlo by Giving me This ticket and by Borkowski, Dousis, mcniell not following policy These employees violated my civil Rights by keeping me from Getting fresh air all summer long.

60) When you are in penal segregation there is no 1 hour of outside recreation to get fresh air and excercise at Cheshire CI Like there is at mcDougal and walker and stated in the American Bar association standards on treatment of prisoners.

61) The cells in Penal Segregation are full of Black mold Rust and Rot That pose a real Health risk of tetnis and lung infections from the Black mold.

62) There are No ladders for the Bunk Beds, The Sprinklers were Removed. When I was in Penal Segregation officer muscaro was wearing a Smart watch knowingly, Intentionally with a clear culpable state of mind and He was throwing out inmates Hygene products while they were in the shower. This Act caused other inmates including my self Not to take regular showers. When asked He replied Captain watson told Him to. This Act violates The tre mcpharson v Lamont court order

63) We also were not afforded showers every other day only monday thru Friday and I was told by Deputy Warden Nunez that this order is only if you Have covid 19 and this is for population only not Seg. We Didnt get 2 Bars of soap, No New masks, and when they were Giving out the free care packages with Deoderant, VO5 Shampoo, Irish spring soap penal seg wasnt allowed that either. Further Denying The Ability for Hygene.

64) The inmate in seg regularly comes in and paints to cover up Rusty water lines Down the wall from water leaking from the vents and ceiling. The light fixtures are Rotted out from the water. This is a fire Hazard. The cells are not an approved 80 square feet to even place 2 inmates in the cell together. This is all of east Block 1, 2, 3. The bunk beds are secured to the wall in a Back yard mechanic sort of way, each Bunk is fastened to each other through this flimsy rotted wall so everytime one inmate moves around in Bed it feels like an earthquake to the other cell over that the other bunk is attached to because of this it makes it hard for both inmates to get proper sleep.

(65) While I was in the cell with my cellmate He asked officer Doe (Stricksomething) about not getting Juice or fruit and coffee, ~~and~~ ~~He~~ blamed it on the inmates, Then proceeded to say it Got crazy and then we were on Lock Down No where was it crazy and DeJesus and Doe are suppose to make sure we get all of our food, It also seems like we are on Lock Down every other morning according to officers, what could possibly be Going on at 5:00 AM. This Facility is also constantly on Lock Down Depriving inmates and my self of recreation time, over The years there are less and less fights only skirmishes between inmates. Also officers being beat up thats unheard of also, maybe once in a blue moon Does this Happen. These acts that happened in the 80's and 90's Definetly Do not Happen any more and Do not require the Facility being lock Down every time there is a skirmish, officers should be able to handle this without issue, ~~as~~ because as soon as staff show up inmates stop fighting I know, I've seen them stop and put their Hands up.

(66) maybe if officers weren't so Disconnected because of using their wireless communication Devices they might be able to better handle Arising situations and pay attention to what actually is Going on, or if they didn't Have these reclining chairs that Just about lay Flat. They come Here to work not recline and get comfortable like its there House.

(67) I Know there are other officers and staff Toting cellphones and smartwatches under Discovery and investigation this will be Known.

## VI. Legal Claims



68) Schlosser realleges and incorporates by reference Paragraphs 1 through 67.

A) Not Getting all of our Breakfast by DeJesus and colon is a total Disregard for inmates Health and safety. Including the Doc officers with them and muscaro These Acts violated 18 USC 241, 242, 245, 1001, 1791, 1341 42 USC 10841.

B) As I am an individual with a serious mental illness and these officers know I take medication it is Disparate treatment by not Giving me all of The Daily Allowances Prescribed by CT Doc's Dietician who makes up this menu. It also is Discrimination and Deprives me the right to proper Food Service as this is [illegible] a Reasonable accomodation.

C) Borkowski, Dousis, mcniell violated Policy and 18 USC 241, 242, 245, 1001, 1791, 1341, 42 USC 10841 when they Gave seriously extreme sanctions and Had a total Disregard for investigating any thing that correctional officers Did wrong So they used these Sanctions to intimidate me. They Also Discriminated against me when they Did not provide proper and Fair services of Penal Discipline or the reasonable accomodation of maintained seg cells.

D) Butricks, Peterson, Nunez, Domitriz, Correa violated Supervisor liability when they failed to properly Supervise The DR process and the sanctions Given out. They also failed to properly investigate and remove me from my illegal loss of mail sanctions.

E) Butricks, Peterson, Nunez, Domitriz, Correa Discriminated against me when they failed to properly investigate my sanctions as this is a reasonable accomodation and is suppose to be followed per the PLRA.

F) Lamont, Bysewiecz, Quiros, Cepelak failed to supervise each facility to make sure employees are Not violating any state or federal laws and are beins Disciplined Appropriately. No where Do I see this Happening by these in charge.

G) It can easily be said that all of these Defendants engaged in these acts knowingly, Intentionally, Recklessly with a clear culpable state of mind.

H) Defendant mcmahon Discriminated against me by failing to provide me the service of the Freedom of Information Act. This is her Job that she chose to take, causing undue paperwork and extra lengths to obtain information that should have just been Given is a violation of this Act and a violation of a reasonable accomodation, and services I am allowed to have access to

I) These Defendants Discriminated against me and my mental illness by not correcting wrongful acts, mistakes or properly investigating anything and causing me unneccessary paperwork that could possibly cause me to be subjected to retalliation. I am also being kept from the mail service that allows me to obtain Books as this is not social correspondence. This Also Denies me of the right and service of proper access to the courts.

J) Lamont and Bysewiecz are Discriminating against me and my illness by making and enforcing Rules and laws that are abridging my right and the service of proper access to the courts to attack my sentence Directly or collaterally. This Pandemic is not a state of emergency. Also some courts are open some arent, and only for arraingment. This is not equal protection. either all courts are open in all aspects of The law or they all aren't. There is No Pick or choose

K) The Kitchen Supervisor GAry Iacone is not making sure All inmates recieve all of the food provided by the Kitchen.

L) Butricks, Peterson, Nunez are not properly addressing The issue with staff possessing and using electronic wireless communication Devices in a correctional Facility as this is a crime and they have been written before about it.

m) If there are not enough video confrence set-ups to provide inmates meaningful and proper access to the courts Then more need to be installed immediately or start providing court trips to the Nearest court to each Facility for inmates to have proper Access, and because Doc won't engage in social Distancing it more than likely than not wont matter on sending low numbers of inmates to court to Attack their sentences and to start trials because social Distancing can be accomplished inside each courtroom. with No problem because connecticut has alot of old courtHouses with extremely large court Rooms.

# VII. Relief



Wherefore this proese Plaintiff respectfully requests and Prays that this court enter Judgement:

69) Granting Plaintiff Schlosser a Declaration that the Acts and ommissions Described Herein constituted a Violation of White collar crimes, 18 USC 1791, 241, 242, 245, 1001, 1341, 42 USC 10841, 42 USC 12101 et seq, 42 USC 1983, 45 CFR part 84 et seq, Intentional Infliction, of emotional Distress, mental and emotional inJury, and the united states constitution and:

A) A preliminary inJunction ordering The DOJ to investigate these criminal acts by staff, For the Department of Health and Human services to be ordered to investigate fully the allegations of violations of The Americans with Disabilities Act and Rehabilitation Act, Governor Lamont be ordered To open all courts fully and if video confrence is the way court will be conducted then to install more equipment immediately or start sending low numbers of inmates to the nearest court to each facility to Attack there sentence either Directly or collaterally. That The Department of correction be ordered to remove me from Loss of mail and give me my 2 Books ordered and from Herein pay for all books I feel I need to properly assert my legal claims in court Also for inmates in penal seg to be brought outside

for one hour of Fresh air per Day and for east Block to be temporarily Shut Down pending investigation and further harm to Any inmates Due to Black mold, and tetnis, and an order for all inmates to recieve all of the food and Beverage items listed on the Doc food menu and lastly an investigation into the Severe Sanctions Borkowski and Her Staff Hand out, and To make Rec The Same as other Facilities.

B) A permanent inJunction of what has been listed in subsection A of paragraph 69

70) Compensatory Damages of 5,000,000 US Dollars against each Defendant Jointly and severally

71) Punitive Damages of 1,000,000 US Dollars against each Defendant Jointly and severally

72) A Jury trial on all issues triable by Jury

73) Recovery costs in this Suit and previous owed money to the Federal District court for the District of connecticut

74) Any other Relief this court Deems Just proper and equitable

Respectfully
Submitted
Jeffrey Schlosser
269683
Plaintiff
Cheshire CI
9-13-20

Verification

I have read the foreGoing complaint and Hearby verify that as to the matters Alleged on information I believe them to be true to the best of my Knowledge. I certify under penalty of perjury The foreGoing is True and correct to the best of my Knowledge and belief

executed at cheshire CI
on 9-13-20

Jeffrey Schlosser
Plaintiff
Cheshire CI

 40

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Jeffrey Schlosser | Inmate number: 269683 |

| | | |
|---|---|---|
| Facility/Unit: **CHESHIRE CI** | Housing unit: S-504 | Date: 9-8-20 |

Submitted to: MAIL Room

Request: This is another informal Resolution. You should probably Give me any and All mail you Have collected for me Including my 2 books, Immediately.

You are currently in violation of ADministrative Directives 9.5 code of penal Discipline. (Penalties) Loss of Social correspondAnce should be No longer than 60 consecutive calender DAYS.
Also Books, Newspapers, and Any item thereof Distributed, printed or ordered from a publication, Directly or

continue on back if necessary

Previous action taken: Indirectly is not social correspondence. The Definition of Social correspondence is Any letter, card or paper communication that is mailed person to person That is not legal and is of a social intrest is social correspondence

continue on back if necessary

Acted on by (print name): If you So choose not to comply you will Title:

Action taken and/or response: be subject to legal Action in Federal Court for interfering with the mail. This is a crime, Thus No Immunity and in your Individual capacities under 42 USC 1983, As this violates my First Amendment Right of Access to the courts, LADies I will find out all of your names and you will be Subject to Litigation. I Kindly Ask that you stop resisting Give me my mail and remove me from your list, I Bid you Good DAY!

continue on back if necessary

| | |
|---|---|
| Staff signature: | Date: |

Returned 9-10-20

See Previous respond regarding this situation.

Mail Handler.

41

# Disciplinary Process Summary Report
## Connecticut Department of Correction

CN 9504/1
Rev 10/01/19

| | | |
|---|---|---|
| Facility/Unit: Cheshire Correctional Institution | | Housing unit: EB1-11 |
| Report date: 5/11/2020 | Report number: CCIC-2020-05-0 | Hearing date: 5/20/2020 |
| Inmate name: Schlosser, Jeffery | | Inmate number: 269683 |
| Reporting employee: C/O Johnson, S | | DHO: Lt. Dousis |
| Investigator: C/O Borkowski | | Advisor: CC Streat |
| Inmate appearance: | ☒ yes ☐ no | Reason: N/A |
| ☐ Suspended sentence | | |
| ☐ Deferred prosecution | Number of days: N/A | Through: N/A |
| ☐ Charge dismissed | By: N/A | Reason: N/A |

Continuances (dates and reasons):
N/A

**SANCTIONS:**

| | | |
|---|---|---|
| **10** | **P/S** | **05/11/20-05/21/20** |
| **90** | **LOP** | **06/05/20-09/03/20** |
| **90** | **LOC** | **06/05/20-09/03/20** |
| **15** | **RREC** | |

**SUMMARY**

| | Charge/class | Plea | Finding |
|---|---|---|---|
| Original | **CONTRABAND / A** | **Not Guilty** | **Guilty** |
| Substitute | N/A | N/A | N/A |

Forfeiture of Risk Reduction Earned Credits:

| | | |
|---|---|---|
| ☐ -10 | ☒ -15 | ☐ - 25 |
| ☐ - 60 | ☐ - ____ | |

| | | |
|---|---|---|
| ☐ Confidential information | Reliability: N/A | |
| Documentation submitted: | ☐ Incident report | ☐ Medical incident report |
| | ☐ Use of force report | ☐ Other (specify) |

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

| | | |
|---|---|---|
| ☐ Witness exclusion | Name: N/A | Reason: N/A |

Physical evidence, written testimony: N/A

# Disciplinary Process Summary Report

## Connecticut Department of Correction

CN 9504/2
Rev 10/01/19

Basis for finding:
Inmate Schlosser, Jeffery #269683 received a class A disciplinary report for Contraband. Inmate Schlosser was advised of the hearing process and chose to utilize CC Streat as his advisor. The advisor statement was read at the hearing which stated that he just wanted to speak with the DHO. He chose to utilize C/O Johnson as a witness but the DR she wrote suffices that. When an Officer was packing his property, she came across two peanut butter jars filled with pruno. She states in her supplemental that it was a liquid orange substance that smelled like fermented fruit. During the hearing, inmate Schlosser plead not guilty stating it was just orange juice. The DHO found him guilty and advised him of the appeal process.

Basis for sanctions:

**DETER FROM FUTURE MISCONDUCT AND NATURE OF CHARGE.**

| DISPOSING OFFICER | |
|---|---|
| Hearing officer signature: Lt. Dousis | Date: 5/20/2020 |
| Disciplinary coordinator signature: N/A | Date: N/A |
| Investigator signature: C/O Borkowski | Date: 5/20/2020 |
| **INMATE NOTICE** | |
| You may appeal a finding of guilty by a hearing officer within 15 days. | |
| Delivering officer signature: C/O Borkowski | Date: 5/20/2020 |

Copies (5): investigator, reporting employee, inmate, disciplinary file and inmate master file

42

# Disciplinary Process Summary Report

**Connecticut Department of Correction**

CN 9504/1
Rev 10/01/19

| | | | | |
|---|---|---|---|---|
| Facility/Unit: Cheshire Correctional Institution | | | Housing unit: EB1-11 | |
| Report date: 5/11/2020 | Report number: CCIC-2020-05-024 | | Hearing date: 5/20/2020 | |
| Inmate name: Schlosser, Jeffrey | | | Inmate number: 269683 | |
| Reporting employee: C/O Ovittore | | | DHO: Lt. Dousis | |
| Investigator: C/O Borkowski | | | Advisor: CC Streat | |
| Inmate appearance: | ☒ yes ☐ no | Reason: N/A | | |
| ☐ Suspended sentence | | | | |
| ☐ Deferred prosecution | Number of days: N/A | | Through: N/A | |
| ☐ Charge dismissed | By: N/A | | Reason: N/A | |

Continuances (dates and reasons):
N/A

**SANCTIONS:**

| | | |
|---|---|---|
| **15** | **P/S** | **05/21/20-06/05/20** |
| **20** | **LOR** | **06/05/20-06/25/20** |
| **60** | **LOM** | **06/05/20-08/04/20** |
| **15** | **RREC** | |

**SUMMARY**

| | Charge/class | Plea | Finding |
|---|---|---|---|
| Original | **THREATS / A** | **Not Guilty** | **Guilty** |
| Substitute | N/A | N/A | N/A |

Forfeiture of Risk Reduction Earned Credits:

☐ -10 ☒ -15 ☐ - 25
☐ - 60 ☐ - ____

| | | |
|---|---|---|
| ☐ Confidential information | Reliability: N/A | |
| Documentation submitted: | ☐ Incident report | ☐ Medical incident report |
| | ☐ Use of force report | ☐ Other (specify) |

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

| | | |
|---|---|---|
| ☐ Witness exclusion | Name: N/A | Reason: N/A |

Physical evidence, written testimony: N/A

# Disciplinary Process Summary Report
## Connecticut Department of Correction

CN 9504/2
Rev 10/01/19

Basis for finding:
Inmate Schlosser, Jeffery #269683 received a class a disciplinary report for threats. Inmate Schlosser was advised of the hearing process and chose to utilize CC Streat as his advisor. His advisor statement was read at the hearing and stated he wanted to speak with the DHO. He chose to ask for C/O Ovittore as a witness but the DR he wrote suffices that process. Inmate Schlosser responded to an Officer and stated " I'm gonna fuck you up." At the hearing, inmate Schlosser plead not guilty stating he has no reason to swear, he is just going to put pen to paper and sue through the Federal government. The DHO found him guilty and advised him of the appeal process.

Basis for sanctions:

**DETER FROM FUTURE MISCONDUCT AND NATURE OF CHARGE.**

| DISPOSING OFFICER | |
|---|---|
| Hearing officer signature: Lt. Dousis | Date: 5/20/2020 |
| Disciplinary coordinator signature: N/A | Date: N/A |
| Investigator signature: C/O Borkowski | Date: 5/20/2020 |

| INMATE NOTICE | |
|---|---|
| You may appeal a finding of guilty by a hearing officer within 15 days. | |
| Delivering officer signature: C/O Borkowski | Date: 5/20/2020 |

Copies (5): investigator, reporting employee, inmate, disciplinary file and inmate master file

43

# Disciplinary Process Summary Report

**Connecticut Department of Correction**

CN 9504/1
Rev 10/01/19

| | | |
|---|---|---|
| Facility/Unit: Cheshire Correctional Institution | | Housing unit: EB1-03 |
| Report date: 7/8/2020 | Report number: CCIC-2020-07-022 | Hearing date: 7/22/2020 |
| Inmate name: Scholsser, Jeffery | | Inmate number: 269683 |
| Reporting employee: C/O Brijbilas | | DHO: Lt. Dousis |
| Investigator: C/O Borkowski | | Advisor: CC Martinez |
| Inmate appearance: ☒ yes ☐ no | Reason: N/A | |
| ☐ Suspended sentence | | |
| ☐ Deferred prosecution | Number of days: N/A | Through: N/A |
| ☐ Charge dismissed | By: N/A | Reason: N/A |

Continuances (dates and reasons):
N/A

**SANCTIONS:**

| | | |
|---|---|---|
| **15** | **P/S** | **07/15/20-07/30/20** |
| **30** | **LOR** | **08/14/20-09/13/20** |
| **60** | **LOM** | **10/03/20-12/02/20** |
| **15** | **RREC** | |

**SUMMARY**

| | Charge/class | Plea | Finding |
|---|---|---|---|
| Original | **Refusing Housing / A** | | |
| Substitute | Flagrant Disobedience / A | Not Guilty | Guilty |

Forfeiture of Risk Reduction Earned Credits:

☐ -10 ☒ -15 ☐ - 25 ☐ - 60 ☐ - ______

☐ Confidential information — Reliability: N/A

Documentation submitted: ☐ Incident report ☐ Medical incident report ☐ Use of force report ☐ Other (specify)

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

Witness name: N/A — appearance ☐ yes ☒ no
Testimony: N/A

☐ Witness exclusion — Name: N/A — Reason: N/A

Physical evidence, written testimony: N/A

# Disciplinary Process Summary Report

**Connecticut Department of Correction**

CN 9504/2
Rev 10/01/19

Basis for finding:
Inmate Schlosser, Jeffery #269683 received a Class "A" Disciplinary charge of Refusing Housing. After reading the DR, the DHO substituted the charge for flagrant disobedience. Inmate Schlosser was advised of the hearing process and chose to utilize CC Martinez as his advisor. CC Martinez was unable to be at the hearing so CC Streat filled in. The DHO read the advisor report. Inmate Schlosser refused to communicate with the investigator stating "get the fuck away from me you stupid bitch." During the hearing, inmate Schlosser admitted to refusing a cellmate and refusing to cuff up, but pled not guilty. Due to staff documentation and the inmates' admittance, the DHO found him guilty. Inmate Schlosser was advised of the appeal process.

Basis for sanctions:

**DETER FROM FUTURE MISCONDUCT AND NATURE OF CHARGE.**

| **DISPOSING OFFICER** | |
|---|---|
| Hearing officer signature: Lt. Dousis | Date: 7/22/2020 |
| Disciplinary coordinator signature: N/A | Date: N/A |
| Investigator signature: C/O Borkowski | Date: 7/22/2020 |
| **INMATE NOTICE** | |
| You may appeal a finding of guilty by a hearing officer within 15 days. | |
| Delivering officer signature: C/O Borkowski | Date: 7/22/2020 |

Copies (5): investigator, reporting employee, inmate, disciplinary file and inmate master file

44

# Disciplinary Process Summary Report

**Connecticut Department of Correction**

CN 9504/1
Rev 10/01/19

| | | |
|---|---|---|
| Facility/Unit: Cheshire Correctional Institution | | Housing unit: EB1-3 |
| Report date: 6/30/2020 | Report number: CCIC-2020-06-081 | Hearing date: 7/8/2020 |
| Inmate name: Schlosser, Jeffrey | | Inmate number: 269683 |
| Reporting employee: C/O Cheney | | DHO: Lt. McNeil |
| Investigator: C/O Borkowski | | Advisor: CC Martinez |
| Inmate appearance: | ☒ yes ☐ no | Reason: N/A |
| ☐ Suspended sentence | | |
| ☐ Deferred prosecution | Number of days: N/A | Through: N/A |
| ☐ Charge dismissed | By: N/A | Reason: N/A |

Continuances (dates and reasons):
N/A

**SANCTIONS:**
**15 P/S 06/30/20-07/15/20**
**30 LOR 07/15/20-08/14/20**
**60 LOM 08/04/20-10/03/20**

**15 RREC**

**SUMMARY**

| | Charge/class | Plea | Finding |
|---|---|---|---|
| Original | CONTRABAND / A | Not Guilty | Guilty |
| Substitute | N/A | N/A | N/A |

Forfeiture of Risk Reduction Earned Credits:

☐ -10 ☒ -15 ☐ - 25
☐ - 60 ☐ - ______

☐ Confidential information | Reliability: N/A

| | | |
|---|---|---|
| Documentation submitted: | ☐ Incident report | ☐ Medical incident report |
| | ☐ Use of force report | ☐ Other (specify) |

| | |
|---|---|
| Witness name: N/A | appearance ☐ yes ☒ no |
| Testimony: N/A | |
| Witness name: N/A | appearance ☐ yes ☒ no |
| Testimony: N/A | |
| Witness name: N/A | appearance ☐ yes ☒ no |
| Testimony: N/A | |

| | | |
|---|---|---|
| ☐ Witness exclusion | Name: N/A | Reason: N/A |

Physical evidence, written testimony: N/A

# Disciplinary Process Summary Report
## Connecticut Department of Correction

CN 9504/2
Rev 10/01/19

Basis for finding:
Inmate Schlosser, Jeffrey #269683 received a class "A" disciplinary report for contraband. Inmate Schlosser was advised of the hearing process. Inmate Schlosser requested advisor services (CC Martinez) and provided his written statement to advisor. Inmate Schlosser wrote on the advisor report I'm willing to sign the ticket. Inmate Schlosser said that he would plead guilty at the hearing. Inmate Schlosser signed the DR guilty plea with DOC Violates peoples rights. This DHO did not take the guilty plea because he would name sign his name. The inmate was shown the evidence at the hearing. The inmate then became disruptive during the hearing. The inmate was removed from the hearing. This DHO found the inmate guilty at the hearing based on documentation and evidence submitted. The inmate is advised that he has 15 days to appeal the DHO's decision or sanctions.

Basis for sanctions:

**DETER FROM FUTURE MISCONDUCT AND NATURE OF CHARGE.**

| DISPOSING OFFICER | |
|---|---|
| Hearing officer signature: Lt. McNeil | Date: 7/8/2020 |
| Disciplinary coordinator signature: N/A | Date: N/A |
| Investigator signature: C/O Borkowski | Date: 7/8/2020 |

| INMATE NOTICE | |
|---|---|
| You may appeal a finding of guilty by a hearing officer within 15 days. | |
| Delivering officer signature: C/O Borkowski | Date: 7/8/2020 |

Copies (5): investigator, reporting employee, inmate, disciplinary file and inmate master file

45

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | | | |
|---|---|---|---|
| Inmate name: Jeffrey Schlosser | | Inmate number: 269683 | |
| Facility/Unit: CHESHIRE CI | Housing unit: S-504 | | Date: 8-26-20 |

Submitted to: CPT Domitriz

Request: Hello SIR I am writing because I had my mother order 2 legal Books so I may Have them For my legal work as the law library is closed. The mail Room says I cannot have them as I am on Loss of mail. These Books I ordered are not Social correspondance and are legal in nature and were Delivered via Amazon. I confered with Lt Czerechma and He is the one who told me to write you and He is the one that explained to me that he did not think it was a problem because it was not Social correspondance

continue on back if necessary

Previous action taken: and it was legal Books because the library is closed and if it was ~~open~~ open I would be Able to retrieve books from there If you understand where I'm coming From. Anyways he informed me he was Going to make you Aware of the conversation.

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response: Thank you for your Time

[signature]

continue on back if necessary

Staff signature: | Date:

returned 9-10-20

Captain
Domitriz

Captain
Domitriz

44

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Jeffrey Schlosser | Inmate number: 269683 |

| | | |
|---|---|---|
| Facility/Unit: **CHESHIRE CI** | Housing unit: S-504 | Date: 9-8-20 |

Submitted to: CPT Domitriz

Request:

SORRY to Bother you AGAIN Sir but it HAS been brought to my Attention that the MAIL Room Loss of Social correspondence is corrently in violAtion of Directive 9.5 code of penal Discipline under penalties. Its States No more than 60 consecutive CAlender DAys. I respectfully ask that because it HAS well exceeded this that all current SAnctions be terminated as well with the termination of the Loss of MAil So I am SAnction free.

continue on back if necessary

Previous action taken:

Thank you!

continue on back if necessary

| | |
|---|---|
| Acted on by (print name): | Title: |

Action taken and/or response:

continue on back if necessary

| | |
|---|---|
| Staff signature: | Date: |

Returned 9-10-20

Domitriz